UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN F. CURRY, JR.,

    Petitioner,

-vs-                                            Case No.  8:07-CV-1894-T-30TBM

ROBERT A. BUTTERWORTH,
Secretary, Department of Children
and Families, et al.,

    Respondents.
_____/

## ORDER

Before the Court is Petitioner's Motion to Stay or Hold in Abeyance Amended Petition for Writ of Habeas Corpus (Dkt. 18) in which he requests the Court to stay this action until final resolution of his petition for writ of certiorari which he might file in the United States Supreme Court. Also before the Court is Respondents' Motion for Clarification, or, in the Alternative, Motion for Extension of Time (Dkt. 19) in which Respondents seek clarification as to whether this action will be stayed, or, in the alternative, for an extension of time to file a response. Finally, before the Court is Petitioner's Motion for Status Order (Dkt. 20) in which Petitioner asks the Court to direct the Respondents to file a response within ten days.

Because Petitioner has requested the Court to order the Respondents to file a response, it appears that he is no longer pursuing a stay of this action. Moreover, Petitioner alleges

in his motion to stay that he was intending to file a petition for writ of certiorari in the United States Supreme Court, but there is no indication that he has done so. Therefore, there would be no reason to stay this action at this time.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Motion to Stay or Hold in Abeyance Amended Petition for Writ of Habeas Corpus (Dkt. 18) is **DENIED**.

2. Respondents' Motion for Clarification, or, in the Alternative, Motion for Extension of Time (Dkt. 19) is **GRANTED** to the extent that Respondents are granted an extension of time to file a response to Petitioner's amended petition and shall file their response on or before **March 10, 2008.**

3. Petitioner's Motion for Status Order (Dkt. 20) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies to: Petitioner *pro se*/Counsel of Record

2